CONSOLIDATION COAL CO., *ET AL.*, PLAINTIFFS-APPEL-LANTS, v. ROSCOE P. KANDLE, COMMISSIONER, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued April 22, 1969—Decided May 8, 1969.

*Mr. Theodore W. Geiser* argued the cause for appellants (*Messrs. Pindar, McElroy, Connell & Foley* and *Messrs. McLaughlin, Dawes & Abbotts,* attorneys).

*Mr. William J. Brennan, III* argued the cause for respondents (*Mr. Arthur J. Sills,* Attorney General, attorney).

PER CURIAM.   The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the Appellate Division, 105 *N. J. Super.* 104.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN — 7.

*For reversal* — None.